IN THE UNITED STATES DISTRICT COURT
FOR THE EASTER DISTRICT OF MICHIGAN

| | |
|---|---|
| NAACP, et al. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Case No. 11-cv-15385 |
| v. ) | |
| ) | |
| RICK SNYDER, et al. ) | |
| ) | |
| Defendants. ) | |
| ) | |

**FILED**
FEB 2 2 2012
CLERK'S OFFICE, DETROIT-PSG
U.S. DISTRICT COURT

### ORDER CONSTITUTING THREE-JUDGE COURT

Pursuant to 28 U.S.C. § 2284, Bernard A. Friedman, United States District Judge of the Eastern District of Michigan, has notified me that the Defendants in this action have requested the convening of a three-judge court in accordance with 28 U.S.C. 2284(a) and (b). The District Judge has determined that a three-judge court is appropriate and I concur with that determination. Accordingly, I hereby designate the Honorable Eric L. Clay, a Circuit Judge of the Court of Appeals of this Circuit, and the Honorable Paul Maloney, Chief District Judge of the Western District of Michigan, to join Judge Friedman and serve as members of the court to hear and determine this action.

If there is any objection to the membership of the court as constituted, a party shall file the objection within 14 days after the date of the filing of this order.

_____
Alice M. Batchelder, Chief Circuit Judge
United States Court of Appeals
for the Sixth Circuit

Date: February 22, 2012